<table>
<tr><td colspan="2">

United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007 - 1312

</td><td>

RECEIVED

DEC 13 2023

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - SNY

</td></tr>
</table>

| United States District Court for the Southern District of New York 500 Pearl Street New York, NY 10007 - 1312 | RECEIVED DEC 13 2023 AT 8:30 ___ M CLERK, U.S. DISTRICT COURT - SNY |
|---|---|
| In Re; **Redemption of Khanna** *On and for the behalf of the* **UNITED STATES** | Case #23-mc-291 |
| **Refusal for Cause** ||

**COMES NOW,** Khanna of the family PUGACH and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa. The law is clear - one must make demand for lawful money clear to the Treasury of the United States or at any Federal Reserve bank. Evidence of Khanna's demands for lawful money are integrated fully in this Certificate of Exigent Circumstances.

The offer to transfer this evidence repository 23-cv-22363 NJ and 23-cv-9355 NY is declined and Presentments to that effect are properly Refused for Cause herein. Without a proper fidelity bond (oath of office) Laura Taylor SWAIN cannot be recognized as having that authority. Paul Adam ENGELMAYER and his witness Loretta A. PRESKA have the same deviation in law (SO HELP ME GOD) expressed on their oaths of office, indicating criminal impersonation in syndicalism. These oaths are Refused for Cause below. Additionally the oath of Zahid Nisar QURAISHI has been ordered, as indicated by the FOIA Online receipt attached. An

initial response, asking for a time extension, from the Department of Justice is included as Proof of Service.

There is no sovereign or judicial immunity granted or consented to for actors impersonating judicial officers. This is in fact why New York is preferred over New Jersey for filing this evidence repository. The Southern District of New York provides direct access to *Waiver of Tort*[1] (:...the facts as establishing an implied contract...") for the immediate execution of lien and garnishment upon any appearance of central bank tellers (agents), even those who pretend to be judicial officers. Additionally the "perpetual heritage" of Dutch East Indies Trading Company *Charter of Freedoms and Exemptions Granted to Patroons* §VI may be applied more readily on New York, than on New Jersey.

Additionally, the billing, titled BILLING NOTICE *UNDERPAYMENT*, issued by the State of New Jersey Division of Taxation on November 16th 2023 is Refused for Cause. The State of New Jersey Division of Taxation is billing Khanna PUGACH for an alleged tax liability that New York has already assessed accurately and has refunded the correct amount due. This is the third attempt by the New Jersey State to incorrectly bill Khanna PUGACH - the first billing notice (issued on August 2nd 2023 by the State of New Jersey Division of Taxation) has been Refused for Cause on August 22nd 2023 when the 23MISC0291 case had been filed at the United States District Court for the Southern District of New York. The second billing notice (issued on October 5th 2023 by the State of New Jersey Division of Taxation) has been Refused for Cause

---

[1] *Harway v. Mayor etc.*, of City of New York, 1 Hun (N.Y.) 630. *Judiciary Act of 1789*, Page 77 - ...saving to suitors, In all cases, the right of a common law remedy where the common law is competent to give it.

on October 19th 2023 (23MISC0291 – Document 3). The BILLING NOTICE

*UNDERPAYMENT* is returned to Principal Janet Louise YELLEN at the US Treasury with

the NJ agent copied along with the Federal Reserve Bank of New York and United States

District Court for the District of New Jersey.


_Khanna_
Khanna


_[signature]_
Signature of Notary Public
My commission expires _06/19/2025_

Sworn to me on this
1st day of December
In the Year 2023.

KARL LEWIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6360247
Qualified in Bronx County
My Commission Expires 06-19-2025



Showing row 1 of 1

## Certificate of Mailing
### Upon PACER Publication

US Treasury - Janet Louise YELLEN   Registered Mail #9590940275342098972572
US Governor for the International Monetary Fund Return Receipt: RF607684456US
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Comptroller of the NJ Treasury    Registered Mail #9590940275342098972701
Kevin D. WALSH        Return Receipt: RF607684460US
125 W State St, Trenton, NJ 08608

United States District Court for the    Registered Mail #9590940275342098972756
District of New Jersey       Return Receipt: RF607684473US
402 East State Street
Trenton, NJ 08608

State of NJ Division of Taxation    Registered Mail #9590940275342098972718
PO Box 046          Return Receipt: RF607684500US
Trenton, NJ 08646-0046

Federal Reserve Bank of New York   Registered Mail #9590940275342098972541
33 Liberty Street        Return Receipt: RF607684513US
New York, NY 10045

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE PUGACH*

23 Misc. 291 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Khanna Pugach, appearing *pro se*, initiated this matter as a miscellaneous case on behalf of the United States.  Dkt. 1.  His submission is difficult to parse.  It is captioned as a "certificate of exigent circumstances."  He appears to demand a refund of various New Jersey tax liabilities. Because the nature of Pugach's claims do not fit any of the listed categories of miscellaneous matters, this case cannot proceed under the miscellaneous docket.

The Clerk of Court is directed to open this case as a new civil action with Pugach listed as the plaintiff and Kevin Walsh, Acting New Jersey State Comptroller, listed as the defendant. The Clerk of Court is further directed to terminate any pending motions and administratively close this miscellaneous case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 23, 2023
New York, New York

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, __PAUL A. ENGELMAYER__, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as __United States District Court Judge__ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD. *NO!*

_Paul A. Engelmayer_
(Signature of Appointee)
**Paul A. Engelmayer**

Subscribed and sworn to (or affirmed) before me this ____26th____ day of ____September 2011____.

_Loretta A. Preska_
**Hon. Loretta A. Preska**
**Chief Judge, United States District Court**
**Southern District of New York**

Actual abode:         (b)(6)

Official station*     New York
                      (b)(6)

Date of birth         (b)(6)

Date of Entry on Duty  9/26/11

---

* Title 28, sec. 456 United States Code as amended.

M 10 - 454

# _3...

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .Laura Taylor Swain................................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .U.S. District Judge.............. under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So Help Me God.

...................................

Subscribed and sworn to (or affirmed) before me this .thirty-first............. day of ..August.........................AD .2000

...................................

Actual abode [FOIA Exemption 6] New York [ ], Chief Judge, U.S.D.C.,..........

Official station* .New York, New York

Date of birth ...[ ]58.. [FOIA Exemption 6]

Date of entry on duty 08/31/00.....

*Title 28, sec. 456 United States Code, as amended.

# Supreme Court of the United States

No. ----- October Term, 1985

I, WILLIAM H. REHNQUIST, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Chief Justice of the United States according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States.

So help me God.

Subscribed and sworn to before me this this twenty-sixth day of September, 1986.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHANNA PUGACH,

             Plaintiff,

     -against-

KEVIN WALSH, Acting New Jersey State
Comptroller,

             Defendant.

23-CV-9355 (LTS)

TRANSFER ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who resides in Weehawken, New Jersey and proceeds *pro se*, brings this complaint challenging his alleged underpayment of income tax to the State of New Jersey Division of Taxation. For the following reasons, this action is transferred to the United States District Court for the District of New Jersey.

### DISCUSSION

    Under the general venue provision, a civil action may be brought in

    (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . ; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

    For venue purposes, a "natural person" resides in the district where the person is domiciled, and an "entity with the capacity to sue and be sued" resides in any judicial district where it is subject to personal jurisdiction with respect to the civil action in question. *See* 28 U.S.C. § 1391(c)(1), (2).

Plaintiff sues Acting New Jersey State Comptroller Kevin Walsh for allegedly miscalculating Plaintiff's tax liability. Plaintiff indicates that he sent his complaint to Defendant Walsh in Trenton, New Jersey, and sent it to the State of New Jersey Division of Taxation, U.S. Treasury Secretary Janet Yellen, and the Federal Reserve Bank of New York. It is unclear if Plaintiff intends to name anyone other than Acting New Jersey State Comptroller Walsh as a defendant in this matter. Plaintiff's allegations suggest that his claims arose outside this district, and that venue thus does not lie in this district under Section 1391(b)(2). The facts alleged also do not suggest that venue is proper in this district under Section 1391(b)(1) based on the residence of Defendant Walsh or any other defendant whom Plaintiff may have intended to sue.

Even if a case is filed in a jurisdiction where venue is proper, a court may transfer the case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). In determining whether transfer is appropriate, courts consider the following ten factors: (1) the convenience of witnesses; (2) the convenience of the parties; (3) the locus of operative facts; (4) the availability of process to compel the attendance of the unwilling witnesses; (5) the location of relevant documents and the relative ease of access to sources of proof; (6) the relative means of the parties; (7) the forum's familiarity with the governing law; (8) the weight accorded to the plaintiff's choice of forum; (9) trial efficiency; and (10) the interest of justice, based on the totality of circumstances. *Keitt v. N.Y. City*, 882 F. Supp. 2d 412, 459-60 (S.D.N.Y. 2011); *see also N.Y. Marine and Gen. Ins. Co. v. LaFarge No. Am., Inc.*, 599 F.3d 102, 112 (2d Cir. 2010) (setting forth similar factors). A plaintiff's choice of forum is accorded less deference where the plaintiff does not reside in the chosen forum and the operative events did not occur there. *See Iragorri v. United Tech. Corp.*, 274 F.3d 65, 72 (2d Cir. 2001).

2

Transfer appears to be appropriate in this case. Venue does not appear to lie in this district under Section 1391(b). The underlying events occurred in New Jersey, where all parties are located and where it is reasonable to expect that all relevant documents and witnesses also would be located. Accordingly, the Court transfers this action to the United States District Court for the District of New Jersey. 28 U.S.C. §§ 1404(a), 1406.

### CONCLUSION

The Clerk of Court is directed to transfer this action to the United States District Court for the District of New Jersey. 28 U.S.C. §§ 1404(a), 1406. Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this Court. This order closes the case in this district.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 6, 2023
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

3

Case 3:23-cv-22363-ZNQ-DEA Document 4 Filed 11/15/23 Page 1 of 1 PageID: 3

**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**U.S. District Court for the District of New Jersey**

KHANNA PUGACH

Plaintiff,

v.

Case No.: 3:23- cv- 22363- ZNQ- DEA
Judge Zahid N. Quraishi

KEVIN WALSH

Defendant.

Dear KHANNA PUGACH:

The initial pleading in the above- captioned matter was received by the Clerk's office. Your submission was not accompanied by the filing fee of $350 as required by 28 U.S.C. § 1914 and the administrative fee of $52 as required by item 14 of the District Court Miscellaneous Fee Schedule, for a total of $402. An initial pleading cannot be processed unless the filing fee is paid. The Clerk has marked your submission as received.

If you are unable to pay the $402, you should submit an application to proceed *in forma pauperis*. An application to proceed *in forma pauperis* can be found at http://www.njd.uscourts.gov/sites/njd/files/forms/AO_239.pdf

Within 21 days of the date of entry of this letter, either remit the proper fee or submit a completed and signed *in forma pauperis* application. If the proper fee or *in forma pauperis* application is not submitted in 21 days, the initial pleading will be deemed withdrawn and the Court shall close the file in this matter without further notice.

Very truly yours,

CLERK OF COURT
By Deputy Clerk, kht

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

Return to:
State of NJ
Division of Taxation
PO Box 046
Trenton, NJ 08646-0046

**STATE OF NEW JERSEY**
Division of Taxation
BILLING NOTICE
\*UNDERPAYMENT\*
November 16, 2023

IF YOU NEED HELP CALL THE
DIVISION'S CALL CENTER
609-943-5000

**2022 NJ GROSS INCOME TAX RESIDENT RETURN**
PUGACH  KHANNA

DUE DATE: 04/18/23
FILING STATUS:  MARRIED-SEPARATE
PERIOD:  From 01/22 To 12/22

DLN: 03618892042
TOTAL EXEMPTIONS:  1

| | | | | | |
|---|---|---|---|---|---|
| Regular | 1 | Age 65 | 0 | Blind/Disabled | 0 |
| Children | 0 | Other | 0 | College | 0 |
| Veteran | 0 | | | | |

THIS BILLING NOTICE IS BASED ON THE RETURN YOU FILED AND
REFLECTS ANY ADJUSTMENTS MADE BY THE DIVISION OF TAXATION
INCLUDING LATE PAYMENT PENALTY AND INTEREST.

| | | | |
|---|---|---|---|
| Wages | 128,247.00 | | |
| Interest | 0.00 | TAX | 5,979.38 |
| Dividends | 0.00 | Less: Credits from Tax | 0.00 |
| TOTAL INCOME | 128,247.00 | Balance of Tax | 5,979.38 |
| NEW JERSEY GROSS INCOME | 128,247.00 | Use Tax | 0.00 |
| Exemption  1 X $1000 | 1,000.00 | Shared Responsibility Payment | 0.00 |
| Medical Exp/Qual.Cons.Contr/HEZ/Org BM Ded | 0.00 | TOTAL TAX | 5,979.38 |
| Alimony/Education | 0.00 | NJ Income Tax Withholding | 0.00 |
| Total Exemptions/Deductions | 1,000.00 | TOTAL PAYMENTS AND CREDITS | 0.00 |
| NEW JERSEY TAXABLE INCOME | 127,247.00 | Balance of Tax | 5,979.38 |
| | | AMOUNT OF UNDERPAYMENT | 5,979.38 |
| | | Late Payment Penalty | 298.97 |
| | | Interest to 12/15/23 | 429.77 |
| | | Installment Interest | 9.65 |

**TOTAL AMOUNT DUE**            6,717.77



STATE OF NEW JERSEY
Division of Taxation
BILLING NOTICE
"UNDERPAYMENT"
October 1, 2023

IF YOU NEED HELP CALL THE
DIVISIONS CALL CENTER
609-943-5000

2022 NJ GROSS INCOME TAX RESIDENT RETURN
PUGACH KHANNA

DUE DATE: 04/18/23
FILING STATUS: MARRIED SEPARATE
PERIOD: From 01/22 To 11/22

DLN: 03618892042
TOTAL EXEMPTIONS: 1

THIS BILLING NOTICE IS BASED ON THE RETURN YOU FILED AND
REFLECTS ANY ADJUSTMENTS MADE BY THE DIVISION OF TAXATION
INCLUDING LATE PAYMENT PENALTY AND INTEREST.

| | |
|---|---|
| Wages | 128,247.00 |
| Interest | 0.00 |
| Dividends | 0.00 |
| TOTAL INCOME | 128,247.00 |
| NEW JERSEY GROSS INCOME | 128,247.00 |
| Exemption 1 X $1000 | 1,000.00 |
| Medical Exp/Qual.Cons.Contr/HEZ/Org BM Ded | 0.00 |
| Alimony/Education | 0.00 |
| Total Exemptions/Deductions | 1,000.00 |
| NEW JERSEY TAXABLE INCOME | 127,247.00 |

| | |
|---|---|
| TAX | 5,979.38 |
| Less: Credits from Tax | 0.00 |
| Balance of Tax | 5,979.38 |
| Use Tax | 0.00 |
| Shared Responsibility Payment | 0.00 |
| TOTAL TAX | 5,979.38 |
| NJ Income Tax Withholding | 0.00 |
| TOTAL, PAYMENTS AND CREDITS | 0.00 |
| Balance of Tax | 5,979.38 |
| AMOUNT OF UNDERPAYMENT | 5,979.38 |
| Late Payment Penalty | 298.97 |
| Interest to 11/15/23 | 373.71 |
| Installment Interest | 9.65 |

**TOTAL AMOUNT DUE**        **6,661.71**

*PLEASE READ THE FOLLOWING MESSAGES REGARDING YOUR NOTICE*

•IF YOU HAVE RESPONDED TO A PREVIOUS BILLING NOTICE AND PAID YOUR
ACCOUNT IN FULL, NO RESPONSE IS NECESSARY.

•YOU HAVE BEEN CHARGED INSTALLMENT INTEREST BECAUSE YOU DID NOT MAKE THE
FOLLOWING REQUIRED ESTIMATED PAYMENTS:
04/18/22 - $1198.87.   04/15/22 - $1198.87.
09/15/22 - $1198.87.   01/17/23 - $1198.87.

•YOU MUST PAY THIS OUTSTANDING BALANCE IN FULL BY 11/15/2023 OR THE
DIVISION WILL PURSUE FURTHER ACTIONS TO COLLECT THE AMOUNT DUE.
THESE ACTIONS MAY INCLUDE DEDUCTION OF BACK TAX AMOUNTS FROM FUTURE
REFUNDS, REFERRAL TO A COLLECTION AGENCY, AND IMPOSITION OF A $113
RECOVERY FEE.

•ALL NEW JERSEYANS DESERVE HEALTH CARE. GET COVERED AT
www.getcovered.nj.gov

•TO PAY ONLINE, GO TO nj.gov/taxation AND SELECT "PAY TAX".

•IF YOU DISAGREE WITH THIS NOTICE, YOU CAN UPLOAD SUPPORTING
DOCUMENTATION AT www.njportal.com/DOR/OnlineNotices.

---

## GROSS INCOME TAX INVOICE
## FOR TAX YEAR - 2022
RETURN THIS PORTION WITH YOUR PAYMENT.
WRITE YOUR SOCIAL SECURITY NUMBER AND TAX YEAR
ON YOUR CHECK.

Enter Social Security Number

PUGACH, KHANNA

DLN: 03618892042

PAY THIS AMOUNT BY 11/15/23

Make Remittance Payable To:

New Jersey Gross Income Tax
PO Box 046
Trenton, NJ 08646-0046

$      6,661.71

01000580547199000PUGA22121034188920420000666171



STATE OF NEW JERSEY
Division of Taxation
STATEMENT OF ACCOUNT
"UNDERPAYMENT"
August 3, 2023

IF YOU NEED HELP CALL THE
DIVISION'S CALL CENTER
609-943-5000

2022 NJ GROSS INCOME TAX RESIDENT RETURN

PUDACH KHANNA

DLN: 03618892042
TOTAL EXEMPTIONS: 1

DUE DATE: 04/18/23
FILING STATUS: MARRIED-SEPARATE
PERIOD: From 01/22 To 12/22

THIS STATEMENT OF ACCOUNT IS BASED ON THE RETURN YOU FILED AND
REFLECTS ANY ADJUSTMENTS MADE BY THE DIVISION OF TAXATION.

| | | |
|---|---|---|
| Regular 1 | Age 65 0 | Blind/Omitted 0 |
| Children 0 | Other 0 | Chg/age 0 |
| Veteran 0 | | |

| | | | |
|---|---|---|---|
| Wages | 128,247.00 | | |
| Interest | 0.00 | TAX | 5,979.38 |
| Dividends | 0.00 | Less Credits from Tax | 0.00 |
| TOTAL INCOME | 128,247.00 | Balance of Tax | 5,979.38 |
| NEW JERSEY GROSS INCOME | 128,247.00 | Use Tax | 0.00 |
| Exemption 1 X $1000 | 1,000.00 | Shared Responsibility Payment | 0.00 |
| Medical Exp/Qual Cont/Prop/Org UM Ded | 0.00 | TOTAL TAX | 5,979.38 |
| Alimony/Education | 0.00 | NJ Income Tax Withholding | 0.00 |
| Total Exemptions/Deductions | 1,000.00 | TOTAL PAYMENTS AND CREDITS | 0.00 |
| NEW JERSEY TAXABLE INCOME | 127,247.00 | Balance of Tax | 5,979.38 |
| | | AMOUNT OF UNDERPAYMENT | 5,979.38 |
| | | Interest to 09/15/23 | 261.60 |
| | | Installment Interest | 9.65 |

**TOTAL AMOUNT DUE**     6,250.63

PLEASE READ THE FOLLOWING MESSAGES REGARDING YOUR NOTICE

-YOU HAVE BEEN CHARGED INSTALLMENT INTEREST BECAUSE YOU DID NOT MAKE THE
FOLLOWING REQUIRED ESTIMATED PAYMENTS.
04/18/22 - $1195.87.     06/15/22 - $1195.87.
09/15/22 - $1195.87.     01/17/23 - $1195.87.

-IF THE AMOUNT DUE IS NOT PAID BY 09/15/2023, THE DIVISION OF TAXATION
WILL ADD 5% LATE PAYMENT PENALTY PLUS INTEREST TO THE BALANCE SHOWN ON
THIS BILL.

-TO PAY ONLINE, GO TO nj.gov/taxation AND SELECT "PAY TAX".

-IF YOU DISAGREE WITH THIS NOTICE, YOU CAN UPLOAD SUPPORTING
DOCUMENTATION AT www.njportal.com/DOR/OnLineNotices

-ALL NEW JERSEYANS DESERVE HEALTH CARE.  GET COVERED AT
www.getcovered.nj.gov

---

GROSS INCOME TAX INVOICE
FOR TAX YEAR - 2022
RETURN THIS PORTION WITH YOUR PAYMENT
WRITE YOUR SOCIAL SECURITY NUMBER AND TAX YEAR
ON YOUR CHECK

Enter Your Social Security Number

PUDACH  KHANNA

DLN: 03618892042

PAY THIS AMOUNT BY 09/15/23

Make Remittance Payable To:

New Jersey Gross Income Tax
PO Box 046
Trenton, NJ 08646-0046

$    6,280.63

0100005A05476199009PUGA22526I036188920420000625063



U 504400862

DEPOSIT FOR CREDIT ON ACCOUNT OR
EXCHANGE FOR NON-NEGOTIABLE
FEDERAL RESERVE NOTES OF FACE
VALUE PER 12 USC411
BY: Khanna, DBA KHANNA PUGACH



Credit Suisse (USA), Inc.
877-729-2732
Eleven Madison Avenue
New York, NY 10010

90-4777/1222 NJ

Check Number: 0037064339
Check Date: 08/18/2022

This amount: THREE THOUSAND THREE HUNDRED SEVENTY NINE DOLLARS AND 05/100     $**3,379.05

Pay to the order of:
Khanna Pugach
1700 Park Avenue
APT. 414
Weehawken, NJ 07086

Wells Fargo Bank, N.A.
355 Ocean Blvd
Long Beach, NJ 07740

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-425-7243

Void after 180 days

ADP AUTHORIZED SIGNATURE

"003706433 9" ⑈122204771⑈4759038433"



U 517831575

DEPOSIT FOR CREDIT ON ACCOUNT OR
EXCHANGE FOR NON-NEGOTIABLE
FEDERAL RESERVE NOTES OF FACE
VALUE PER 12 USC411
BY: Khanna DBA KHANNA PUGACH





U 504400862

DEPOSIT FOR CREDIT ON ACCOUNT OR EXCHANGE FOR NON-NEGOTIABLE FEDERAL RESERVE NOTES OF FACE VALUE PER 12 USC411 BY: Khanna, DBA KHANNA PUGACH

Credit Suisse (USA), Inc.
877-729-2732
Eleven Madison Avenue
New York, NY 10010

80-477/1222 NJ
Check Number: 0037064339
Check Date: 08/15/2022

This amount: THREE THOUSAND THREE HUNDRED SEVENTY NINE DOLLARS AND 08/100          $***3,379.05

Pay to the order of:
Khanna Pugach
1700 Park Avenue
APT. 414
Weehawken, NJ 07086

Wells Fargo Bank, N.A.
355 Ocean Blvd
Long Beach, NJ 07740

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

Void after 180 days

ADP AUTHORIZED SIGNATURE

"0037064339"  :122204771:  4759038433"

U 517831575

DEPOSIT FOR CREDIT ON ACCOUNT OR EXCHANGE FOR NON-NEGOTIABLE FEDERAL RESERVE NOTES OF FACE VALUE PER 12 USC 411 BY: Khanna DBA KHANNA PUGACH



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

November 28, 2023

Khanna Pugach
kpugach@gmail.com

Re:    FOIA-2024-00368

Dear Khanna Pugach:

    This is to acknowledge receipt of your Freedom of Information Act (FOIA) request dated and received in this Office on November 22, 2023, in which you requested a copy of the oath of office of Judge Zahid Quraishi.

    The records you seek require a search in and/or consultation with another Office, and so your request falls within "unusual circumstances." See 5 U.S.C. § 552 (a)(6)(B)(i)-(iii) (2018). Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute. For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request. At this time we have assigned your request to the complex track. In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so that it can be placed in a different processing track. You can also agree to an alternative time frame for processing, should records be located, or you may wish to await the completion of our records search to discuss either of these options. Any decision with regard to the application of fees will be made only after we determine whether fees will be implicated for this request.

    We regret the necessity of this delay, but we assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact this Office by telephone at the above number, by e-mail at doj.oip.foia@usdoj.gov, or you may write to the Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001. Lastly, you may contact our FOIA Public Liaison, Valeree Villanueva, at the telephone number listed above to discuss any aspect of your request.

    Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601

-2-

Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at
202-741-5770; toll free at 1-877-684-6448.

Sincerely,
Initial Request Staff
Office of Information Policy
U.S. Department of Justice



An official website of the United States government
Here's how you know

UNITED STATES DEPARTMENT OF JUSTICE

## FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 958106

# Success!

## Your FOIA request has been created and is being sent to the Office of Legal Policy.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

FOIA Requester Service Center

202-514-3642

Valeree Villanueva, FOIA Public Liaison

202-514-3642

Douglas Hibbard, Chief, Initial Request Staff, 6th Floor
441 G St, NW
Washington, DC 20530-0001

# Request summary

Request submitted on **November 22, 2023.**

The confirmation ID for your request is **958106.**

◥

The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

# Contact information

**Name**
Khanna DBA KHANNA PUGACH

**Email**
kpugach@gmail.com

# Your request

Hello! This request is to order the oath of office for Judge Zahid Nizar QURAISHI. Thank you in advance!

# Fees

**What type of requester are you?**
other

**Fee waiver**
no

# Request expedited processing

**Expedited processing**
no



**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ☑ CC3.0

❙ FREQUENTLY ASKED QUESTIONS

❙ DEVELOPER RESOURCES

❙ AGENCY API SPEC

❙ FOIA CONTACT DOWNLOAD

❙ FOIA DATASET DOWNLOAD

❙ ACCESSIBILITY

❙ PRIVACY POLICY

❙ POLICIES & DISCLAIMERS

❙ JUSTICE.GOV

❙ USA.GOV ☑



Retail
RDC 99

REGISTERED MAIL ™

RF 607 684 473 US

From Khanna Dubacy
1700 Park Ave APT 414
WEEHAWKEN NJ
07096

To: United States District Court for the
402 East State Street
Trenton, NJ
08608